IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

AMANDA F. SMITH-CHONKO, )
    Plaintiff, )
) 2:16cv741
vs. ) Electronic Filing
)
COMMISSIONER OF SOCIAL )
SECURITY, )
    Defendant. )

MEMORANDUM ORDER

AND NOW, this 2nd day of May, 2017, after the plaintiff, Amanda F. Smith-Chonko, filed an action in the above-captioned case seeking review of the Social Security Commissioner's final determination disallowing her claim for supplemental security income benefits, and after cross-motions for summary judgment were submitted by the parties, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties a period of time after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motions and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (ECF No. 22), which is adopted as the opinion of this Court,

IT IS ORDERED that plaintiff's motion for summary judgment (ECF No. 15) is granted, defendant's motion for summary judgment (ECF No. 19) is denied and the decision of the Social Security Commissioner is vacated and the matter is remanded to the Commissioner for further proceedings.

DS Cercone

David Stewart Cercone
United States District Judge

cc: Kenneth R. Hiller, Esquire
Colin Callahan, Esquire

*(Via CM/ECF Electronic Mail)*